UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUNE M. CANTRELL et al.,             )<br>                                                          )<br>          Plaintiffs,                           )<br>                                                          )<br>     vs.                                              )<br>                                                          )<br>CAPITAL ONE, N.A.,                    )<br>                                                          )<br>          Defendant.                         )<br>_____)  | 2:15-cv-02023-RCJ-GWF<br><br>**ORDER** |

Defendant has brought to the Court's attention that Plaintiffs have a similar, earlier-filed action pending in this District based on the same underlying facts and asserting many of the same claims against Defendant. (*See* No. 2:15-cv-257-GMN).  In the interests of judicial efficiency and the random assignment of cases, and having received the consent of the transferee judge, the Court will therefore transfer the present case to the Hon. Gloria M. Navarro, the district judge currently presiding over the earlier-filed case, for all further proceedings.

IT IS HEREBY ORDERED that the case is REASSIGNED to the Honorable Gloria M. Navarro.

IT IS SO ORDERED.

Dated this 16th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge