1

2

3

4                       UNITED STATES DISTRICT COURT

5                           DISTRICT OF NEVADA

6

7   JUNE M. CANTRELL and FREDDIE            )
    CANTRELL, JR.,                          )
8                                           )
            Plaintiffs,                     )       Case No. 2:15-cv-02023-GMN-GWF
9                                           )
    vs.                                     )       **ORDER**
10                                          )
    CAPITAL ONE, N.A., *et al.*,            )
11                                          )
            Defendants.                     )
12   _____)

13          This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery

14   Plan and Scheduling Order.  The Complaint (#1) in this matter was filed October 20, 2015.

15   Defendant filed a Motion to Dismiss (#4) on December 10, 2015.  Pursuant to LR 26-1, the parties

16   were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first

17   defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated

18   discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

19          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

20   Scheduling Order not later than **February 16, 2016** in compliance with the provisions of LR 26-1 of

21   the Rules of Practice of the United States District Court for the District of Nevada.

22          DATED this 29th day of January, 2016.

23

24                                          _____
                                            GEORGE FOLEY, JR.
25                                          United States Magistrate Judge

26

27

28